# LEVIN-EPSTEIN & ASSOCIATES, P.C.

60 East 42nd Street • Suite 4700 • New York, New York
10165 T: 212.792-0048 • E: Jason@levinepstein.com

May 16, 2024

*Via ECF*
The Hon. Analisa Torres, U.S.D.J
U.S. District Court, Southern District of New York
500 Pearl St.
New York, NY 10007-1312

   Re: *Colantuone v. NYC Health and Hospital Corp. (d/b/a Harlem Hospital Center)*
     **Case No.: 1:24-cv-00242-AT**

Dear Honorable Judge Torres,

  This law firm represents Plaintiff Analisa Torres (the "Plaintiff") in the above-referenced matter.

  Pursuant to Your Honor's Individual Motion Practice Rules, and the directives in Your Honor's January 17, 2024 Initial Pretrial Scheduling Order [Dckt. No. 9], this letter respectfully serves to provide the Court with a status update in the above-referenced action.

  The undersigned law firm contacted Defendant NYC Health and Hospital Corp. (d/b/a Harlem Hospital Center) (the "Defendant") on May 14, 2024, to advise them of the pendency of the instant action. A representative for the Defendant acknowledged receipt of the instant action, and advised the undersigned that they were in the process of engaging counsel.

  In light of the foregoing, it is respectfully requested that the Court extend the parties' deadline to comply with Your Honor's January 17, 2024 Initial Pretrial Scheduling Order to, through and including, June 17, 2024.

  This is the first request of its kind. If granted, this request would not affect any other Court-scheduled deadlines.

  Thank you, in advance, for your time and attention to this matter.

           Respectfully submitted,

          LEVIN-EPSTEIN & ASSOCIATES, P.C.

        By: */s/ Jason Mizrahi*
          Jason Mizrahi
          60 East 42nd Street, Suite 4700
          New York, New York 10165
          Tel. No.:  (212) 792-0048
          Email: Jason@levinepstein.com
          *Attorneys for Plaintiff*

VIA ECF: All Counsel