

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/18/2024
```

**MURIEL GOODE-TRUFANT**
*Acting Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**MADELEINE A. KNUTSON**
*Assistant Corporation Counsel*
Phone: (212) 356-2445
Email: mknutson@law.nyc.gov
*Email not for service*

June 17, 2024

**VIA ECF**
Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    Colantuone v. NYC Health and Hospital Corp. (d/b/a Harlem Hospital Center)
              24-cv-00242-AT

Dear Judge Torres:

    I am an Assistant Corporation Counsel in the Office of Muriel Goode-Trufant, Acting Corporation Counsel of the City of New York, and attorney for Defendant, NYC Health and Hospital Corp. (d/b/a Harlem Hospital Center), in the above-referenced action.

    Pursuant to the Mediation Referral Order dated June 5, 2024, this case is being referred to the Mediation Office prior to a Rule 16(b) case management conference [Dkt. No. 15]. As such, the parties respectfully request that the deadline for the parties to submit a joint letter and jointly proposed Case Management Plan, pursuant to Your Honor's January 17, 2024, Initial Pretrial Scheduling Order [Dkt. No. 9], be adjourned from June 17, 2024, to a date after the mediation.

    This is the second request of its kind, and the first request made by Defendant. The first request was granted. Plaintiff consents to the requested extension. The adjournment of this deadline does not affect any other scheduled dates.

    I thank the Court for considering this request.

GRANTED.  The parties shall file their joint letter and proposed case management plan by **August 20, 2024**.

SO ORDERED.

Dated: June 18, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge