USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09/13/2024

# JacksonLewis

My Direct Dial is: (212) 545-4057
My Email Address is: Joseph.Anci@jacksonlewis.com

September 12, 2024

**VIA ECF**
The Honorable Analisa Torres, Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

           Re:   ***Morgan Colantuone v. NYC Health and Hospital Corp.***
                 Case No.: 24-cv-00242

Dear Judge Torres:

      This office represents Defendant New York City Health and Hospitals Corporation d/b/a NYC Health + Hospitals ("Defendant")[1] in the above-referenced matter. Defendant submits this letter pursuant to Rule 1.C of Your Honor's Individual Practices to respectfully request an extension of time to answer, move or otherwise respond to the Complaint, from September 18, 2024 to October 2, 2024. This is Defendant's first request to extend the deadline set forth in the Court's Order dated August 5, 2024. See Dckt. No. 23. Plaintiff, through counsel, Jason Mizrahi, Esq., consents to this request.

      This request is necessary to provide this office with sufficient time to complete its investigation into the allegations set forth in the Complaint. This requested extension of time will not affect any other established deadlines.

      Accordingly, Defendant respectfully requests that the Court extend the deadline to answer, respond or otherwise move with respect to the Complaint to August 23, 2023. Thank you for your consideration of this request.

      GRANTED. Defendant shall respond to the Complaint by **October 2, 2024**.

      SO ORDERED.

      Dated: September 13, 2024
             New York, New York

_____
ANALISA TORRES
United States District Judge