USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/7/2024

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
Morgan Colantuone,

                        Case No.: 24-cv-00242

                        **RULE 68 JUDGMENT**

        *Plaintiff*,

    - *against* -

Cynet Health Inc.,

        *Defendant*.
------------------------------------------------------------------X

    On January 6, 2024, Plaintiff Morgan Colantuone (the "Plaintiff") filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

    NOW, it is hereby ORDERED, ADJUDGED AND DECREED that the Plaintiff has judgment against Defendants Cynet Health Inc. (the "Defendant") in the amount of Twenty-Six Thousand Dollars and Zero Cents ($26,000.00) (the "Judgment Amount") which is inclusive of attorneys' fees and costs and any other fees, costs, and/or disbursements.

    This judgment is intended to resolve, in full satisfaction, all of Plaintiff's claims as alleged or which could have been alleged in the Complaint pertaining to this Action, including any damages Plaintiff's asserted or could have asserted in this Action, including but not limited to, any claims Plaintiff's may have for monetary damages, backpay, front pay, liquidated damages, penalties, and any fees, costs, and/or reasonable attorneys' fees.

    SO ORDERED. The Clerk of Court is respectfully directed to amend the caption as reflected above and close the case.

Dated: November 7, 2024
       New York, New York

                                                        _____
                                                            ANALISA TORRES
                                                         United States District Judge